# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2016

## NO. 03-15-00818-CV

**C. R., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on December 16, 2015. Appellant Vic Rogers, as father and next friend of the proposed patient C.R., has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.